UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
WTL TECHNOLOGY SHENZHEN CO., LTD.,   :
                                         Plaintiff,            :
                                                               :                26 Civ. 1537 (LGS)
                    -against-                                   :
                                                               :                     ORDER
ONWARD BRANDS LLC,                                             :
                                         Defendant.            :
                                                               :
---------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for April 14, 2026;

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

ORDERED that the April 14, 2026, initial pretrial conference is CANCELED.  If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

ORDERED that if Defendant(s) seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

ORDERED, regarding settlement discussions, the parties' request for a referral to a settlement conference is GRANTED.  The referral will issue in a separate order.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: April 8, 2026
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE