UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| WTL TECHNOLOGY SHENZHEN CO., LTD., Plaintiff, | : | 26 Civ. 1537 (LGS) |
| -against- | : | **ORDER** |
| ONWARD BRANDS LLC, Defendant. | : | |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a pre-motion conference was held on November 17, 2026, to discuss Plaintiff's anticipated motion for summary judgment.

WHEREAS, the parties indicated the possibility of resolving this matter without further motion practice. It is hereby

**ORDERED** that the parties shall meet and confer and, by **November 24, 2026**, shall file a joint letter to update the Court on proposed next steps, including, for example, any agreed-upon meeting date between principals. A briefing schedule for Plaintiff's motion for summary judgment is held in abeyance pending the parties' update.

**ORDERED** that, by **December 9, 2026**, Plaintiff shall produce to Defendant any documents evidencing delivery of the goods at issue and an accompanying affidavit.

Dated: November 18, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE